Davon Martin 57903037
Name
_____

_____

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

OCT 03 2022

LAURA A AUSTIN, CLERK
BY: _____
DEPUTY CLERK

USP Florence, P.O Box 7000, Florence, Co 81226
Address

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ~~KANSAS~~ Western ~~District~~

District of Roanoke

Davon Brashir Martin , Plaintiff
(Full Name)

CASE NO.  7:22CV567-0
(To be supplied by the Clerk)

V.

Lt. Hamilton, Rendal White, Defendant (s)

officer Bradburn, Officer scott, officer Newman,

officer Dickerson, RN spencer Bowman

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Davon Martin , is a citizen of Maryland
   (Plaintiff)                              (State)

   who presently resides at USP Florence, P.O Box 7000 Florence, Co 81226
                                            (Mailing address or place
   _____
   of confinement.)

2) Defendant Hamilton (Last Name) is a citizen of
            (Name of first defendant)

   USP Lee, P.O.Box 900 Jonesville, VA , and is employed as
        (City, State)

   Lieutenant (Lt.) . At the time the
        (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:

   He is a Correctional Officer of USPLEE
   _____
   _____

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant _____Rondal White._____ is a citizen of
(Name of second defendant)

_____USP LEE, PO Box 900 Jonesville, VA_____ , and is employed as
(City, state)

_____Correctional Officer @ USP LEE_____ . At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [✓] No [ ] . If your answer is "Yes", briefly explain:

_____He is a Correctional officer of USP LEE_____

_____

(Use the back of this page to furnish the above information for additional defendants.) see ATTACH.
Additional Def.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

_____N/A_____

_____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On 11-17-2021 while still housed at USP Lee, D-tier-Cell 404 @3:57pm al
suffered a Seizure while in my cell. Staff member(s) and medical staff(s)
failed to Administer medical attention and also used excessive force,
After being aware of my medical emergency. al was falsely taken to the SHU
for "allegations" of being high to cover up why al was denied medical
attention. After filing a BP8 of the incident, al was Threatened & Retailiated
against by, at the time of incident(s) operations Lieutenant Hamilton
to drop my claim. (on 12-20-2021)

2

ATTACH MenT - Additional Defendants

4) Defendant SCOTT (Last Name) is a citizen of USP LEE P.O. BOX 900 Jonesville, VA and is employed as Correctional Officer of USP LEE. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? yes, If yes briefly explain. He is a Correctional Officer of USP LEE

5) Defendant Newman (Last Name) is a citizen of USP LEE PO Box 900 Jonesville, VA and is employed as Correctional Officer of USP LEE. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? yes ✓, If do briefly explain: He is a Correctional Officer of USP LEE.

6) Defendant Dickerson (Last Name) is a citizen of USP LEE, PO BOX 900 Junesville, VA and is employed as Correctional Officer of USP LEE. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? yes ✓, If yes briefly explain: He is a Correctional Officer of USP LEE.

7) Defendant Scott (Last Name) is a citizen of USP LEE, PO BOX 900 Jonesville, VA. and is employed as Correctional Officer of USP LEE. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? yes ✓, If yes briefly explain: He is a medical staff of USP LEE

8) Defendant Spencer Bowman is a citizen of USP LEE PO Box 900 Jonesville, VA. And is employed as RN medical staff of USP LEE. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? yes ✓, If yes briefly explain: He is a RN medical staff of USP LEE.

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been

violated and that the following facts form the basis for my allegations: (If necessary you

may attach up to two additional pages (8h" x 11") to explain any allegation or to list

additional supporting facts.)

A) (1) Count I: _Being Deliberately indifferent to a serious medical nud. A violation of my 14th Amendment, Under Equal protection Clause._

(2) Supporting Facts: (Include all facts you consider important, including names of

persons involved, places and dates. Describe exactly how each defendant is involved.

State the facts clearly in your own words without citing legal authority or argument.):

_On or about Nov. 17th 2021 @3:57pm on D-tier, cell 404 while housed at USP LEE, I suffered a seizure while in my cell. The duress button was pushed by my cellmate, officer Rondal White was working this day and time and was a First Responder to my medical emergency. Officer Rondel White seen me in ...See Attachment A (2) Count One_

B) (1) Count II: _Use of Excessive Force (8th Amendment violation)_

(2) Supporting Facts: _On or about November 17, 2021 while housed at USP Lee D-tier cell 404 @3:57pm the following officers did use unnecessary force while I suffered from a medical seizure. Rondal White, officer Bradburn and other unknown staff member(s) See Attachment B)(2) count two_

3

**C. Cause of Action**

ATTACHMENT: A(2) Supporting FACTS - Count One:

(cont.) Severe pain and failed to act and administer medical care to my injuries. I was then cuffed (arms and legs) while still having a seizure. Front and molar teeth were broken because of carelessness and lack of attention needed medically, I was then placed on a stretcher where my legs and arms were also strapped, while I also still cuffed. I awoke in medical @ 4:46 pm, where I then asked Spencer Bowman "to please look at my injuries because I was in severe pain. Spencer Bowman responded "that my injuries aren't "that serious." I continued to ask other present staff members (officer Scott and officer Newman) and medical staff Scott to please help me, but I was ignored and denied medical attention, until I was then 2 hrs later escorted to the SHU.

Count two:
B(2) Supporting FACTS - Cuffed me and assaulted me while suffering from a medical emergency in my cell.

I. ① Supporting FACTS - officer BradBurn did not unneccessary force by assaulting me while cuffed by closed fist punching me in the ribs (numerous of times) while in route to medical, while I was (still cuffed (arms & legs) strapped to a stretcher.

II. ② Supporting FACTS - I was cuffed excruciatingly tight arms to the back, legs also severely tight causing flesh wounds to both wrist (and ankles). After awakening @ 4:46 pm in medical, I first asked operation Lt. Hamilton to please loosen the cuffs to my arms and legs. Lt. Hamilton responded to officer(s) Newman and officer Scott "to leave him like that for a while and then take him to the SHU." I was cuffed (arms and legs) severely tight strapped to a stretcher for 2 hrs before then being taken to the SHU. I asked officers Newman and Scott for the cuffs to be loosened because not only were flesh wounds inflicted but because of poor circulation due to the cuffs being so tight. I then and now have complications in my hands and legs. I was then dragged to the SHU at or about 6:30 pm by officers Scott and Newman.

III. ③ While cuffed and conscious after awakening in medical at or about 4:46 pm to 6:30 pm from having a seizure operations Lt. Hamilton closed fist and punched me in the eye (Right) causing whole eye to be bloodclotted. Spencer Bowman also closed fist punched me in my ribs a few times, while officer(s) Newman and Scott watched.

C) (1) Count III: *Threatning / Retaliation*

(2) Supporting Facts: *On 12-20-2021 while housed at USP LEE.al, Dawn Martin 57903037, was threatened and Retailiated on By Lt. Hamilton at on about 5:30pm - 7:30pm. During Mainline (Dinner) no I entred the Chow hall area, I went though the line to get →* — SEE AH. C)(2)

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: *NO*

   Defendants: *NO*

   b) Name of court and docket number *NO*

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) *N/A*

   d) Issues raised *N/A*

XE-2 8/82                        CIVIL RIGHTS COMPLAINT §1983

Cc

C. Cause of Action

Page 2

ATTACHMENT: Count Three: (C)(2)

(Cont.)

C(2)Supporting Facts- my tray, Lt. Hamilton was standing there watching me the whole time. Lt. Hamilton waited until I got my tray and waited to see where I was sitting, before walking out the Chow Area into the corridor metal detector Area and getting Officer Dickerson. as I was sitting down eating my food I observed Lt. Hamilton walk back with Officer Dickerson and point at me and instruct him to get me leaving out. Officer Dickerson went back to his post which was the metal detector/corridor Area. as I finished eating my food I was leaving out of the Chow Area and about to clear the metal detector Officer Dickerson stopped and instructed me to walk with him. I asked "what I did wrong" to be "stopped" and Officer Dickerson responded, "He just wanna talk." I was escorted to the Lt. Office where I was then, locked in the Holding Cell, until the whole compound were finish eating, which was about 45 mins - 1hr. Numerous of unknown Officer(s) came into the Lieutenant office area while I was back there and made threatening comments such as "We got One" and "If I got a problem with one then I got a problem with all of them." An unknown officer instructed me out of the Holding Cell Area and to keep my shoes off and follow him. I was escorted to the Lieutenant(s) Area where Lt. Hamilton and (other Lieutenant(s) were seated and focused on me. Lt. Hamilton threatened me to drop the BP8 Claim or take his name out and if I didn't agree to it tonight "He would smoke my blackass and have me taken to the SHU. I agreed to drop the Claim because I feared for my safety and security. Lt. Hamilton then, told me to get the fuck out and get back to my unit. At or about I was released from the Lt. Office and sent back to my Unit. The very next day I informed Warden Streeval with a sensitive BP9 of the incident involving Lt. Hamilton and other staff member(s) Warden Streeval responded via email that "My() BP.8 - BP9 allegations are being looked at."


D(1)Count 4: False Imprisonment (Wrongful Confinement)

D(2)Supporting Facts- On November 17th 2421, D-tier Cell 404 @3:57pm while at the time still housed at USP LEE, I suffered a Medical Emergency (Seizure). Officer Rondal white documented my medical emergency, as a 112- Use of Drugs/Alcohol and had me taken to the SHU. I was given this Incident Report to justify and cover up my medical Emergency Because Staff member(s) and medical staff(s) failed to act in the interest of my Health, Safety and Security. On November 24th 2021, Hearing officer mrs. Sizemore expunged this Incident from my Record Because no drugs were found on my person And one UA, bloodtest etc was taken from me to support the officer allegation.

e) Approximate date of filing lawsuit ___N/A_____

f) Approximate date of disposition ___N/A_____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

*I exhausted my administrative remedies (BP-8· BP9· BP10· BP11 ¢ FTCA) I got no response from nothing I filed, but the Federal Tort Claim was denied Because my FTCA was "misconstrued" as a "Constitut-ional Tort."*

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

*of $20,000,000*

_____     _____
Signature of Attorney (if any)                                      Signature of Plaintiff

_____


_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

David Martin 57-103037

USP Florence
Po Box 7000
Florence, CO 81226

*LEGAL
MaiL

Laura A. Austin,
US District Court f
District of Roanoke
210 FranKLin Rd, SW
RoanoKe, VA 24011



Clerk of Court

or the Western

W