**\*\*AMENDED COMPLAINT\*\***

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

MAR 06 2023

Urbanski
_____
District Judge
(Assigned by Clerk's Office)

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Hoppe
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. ___7:22-cv-00567___
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS</u>
<u>OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)</u>**

Davon Brashir Martin
_____

57903-037
_____

Plaintiff Name

Inmate No.

v.

Lt. Hamilton - USP LEE, Po Box 900, Lee County, VA 24263
_____
Defendant Name & Address

Correctional Officer Rondal White - USP LEE, Po Box 900, Lee County, VA 24263
_____
Defendant Name & Address

Correctional Officer Scott - USP LEE, Po Box 900, Lee County, VA 24263
_____
Defendant Name & Address

Correctional Officer Newman - USP LEE, Po Box 900, LEE County, VA 24263
_____
Defendant Name & Address

Correctional Officer Dickerson - USP LEE, Po Box 900, LEE County, VA 24263
_____
Defendant Name & Address

Correctional Officer Bradburn - USP LEE, Po Box 900, LEE County, VA 24263
_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. <u>**Where are you now?**</u> Name <u>*and*</u> Address of Facility:

United States Penitentiary Florence (High), Po Box 7000
_____

Florence, Co 81226
_____

**B.** Where did this action take place?

_MSP LEE, LEE County, VA 24263_

**C.** Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        _✓_ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

**D.** Have you filed any grievances regarding the facts of this complaint?

_✓_ Yes        _____ No

1. If your answer is Yes, indicate the result:

_BP-8 & BP-9 Warden Streeval responded "my allegations are being looked at."_

_Standard 95 form was denied, BP-10 & BP-11 al received no response._

2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_Deliberate indifference to a Serious Medical need (8th Amendment Vio. under the Equal Protection Clause, 14th Amendment Vio. Procedural Due Process Clause)- On or about November 17th 2021 @ 3:57pm while_

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

_Excessive force, Cruel and Unusual Punishment (8 Amendment Vio.)- On November 17th between the hours of 3:57pm - 6:30 pm, while housed at MSP LEE Q-tier cell 404, while suffering_

F.  State what relief you seek from the Court. Make no legal arguments and cite no
    cases or statutes.

    *J, the plantiff, Davon Martin am suthing $5,000,000
    also Defendants are to pay for Dental expenses and Medical
    fees and also Lawyer fees*

G.  If this case goes to trial, do you request a trial by jury?  Yes ✓___   No_____

H.  If I am released or transferred, I understand it is my responsibility to immediately
    notify the court in writing of any change of address *after* I have been released or
    transferred or my case may be dismissed.

DATED: *2-23-23*           SIGNATURE: *Davon Martin*

VERIFICATION:
I, *Davon Brashir Martin*                , state that I am the plaintiff in this action, and
I know the content of the above complaint; that it is true of my own knowledge, except as to
those matters that are stated to be based on information and belief, and as to those matters, I
believe them to be true. I further state that I believe the factual assertations are sufficient to
support a claim of violation of constitutional rights. Further, I verify that I am aware of the
provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal,
if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal
in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state
a claim upon which relief may be granted, unless the prisoner is imminent danger of serious
physical injury. I understand that if this complaint is dismissed on any of the above grounds, I
may be prohibited from filing any future actions without the pre-payment of the filing fees. I
declare under penalty of perjury the foregoing to be true and correct.

DATED: *2-23-23*           SIGNATURE: *Davon Brashir Martin*

Updated 9/9/22

Pg. #1 "Continued Named Defendants"

RN Spencer Bowman - USP LEE, Po Box 900, LEE County, VA 24263

E. Statement of Claim(s) "additional Supporting Facts"

(Cont.) Claim One - housed at USP LEE, D-tier Cell 404, the duress button was pushed by my cellmate Derrick Walton signaling officer(s) to an Medical Emergency. of, the plantiff, Davon Martin (57903837) was suffering from a seizure, laying on my back and unresponsive when officer Rondal White first responded to my Medical Emergency. upon arriving officer Rondal White identified my medical state and signaled the medical code, where other officers and medical staff arrived. upon information and belief, I was rolled onto my stomach, placed in cuffs, arms and legs excruciatingly, and wantonly tight causing flesh wounds to both wrist and both ankles and also front and molar teeth damages. While still cuffed, I was then placed on a stretcher, strapped upper and lower body and transported to Medical. I then awoke @ 4:46pm in Medical where I still was cruely and unecessarily cuffed and asked RN Spencer Bowman, "to please give me Medical attention" because I was in severe pain. Spencer Bowman responded, "that I was "High" off something and didn't need Medical attention." I was later escorted to the SHU for 112-use of drugs/Alcohol without incident @ on about 6:30 pm and not giving a U/A, Blood test or Breathalyzer to support officers and medical staff allegations, clearly violating my Due Process.

pg. 2    "Additional Supporting Facts"

Claim 2 (cont.). from a Medical Emergency, instead of administering medic-
-al attention, I was cuffed arms and legs excruciatingly tight, not to restore
order, nor in good faith, but to maliciously cause me harm because offic-
-ers & Medical staff alleged I was "high". While still cuffed I was then
placed on a Medical Stretcher, where I was then wantonly strapped upper
and lower body and transported to Medical. In route to Medical, upon
information and belief, officer Bradburn unecessarily used excessive force
by punching me several times in my chest and rib area. I awoke out of
my seizure @ 4:46 pm in Medical still cuffed, arms to the back, legs shackled,
upper and lower body strapped down, suspended on a 45 degree angle from
a different Medical Stretcher. Officer(s) Scott and Newman were both present
when I awoke and I begged and pleaded for the arm & legs cuffs to be loos-
-end because of poor circulation I couldn't feel my limbs. Both officer(s)
responded, "they couldn't do nuffin for me, its not their call." Lt. Hamilton
then appeared and told officer(s) Newman and Scott to, "leave him like that
for awhile, then take'em to the SHU." Before leaving, I attempted to ask Lt.
Hamilton, "why was I being taken to the SHU? Lt. Hamilton then walked up
to me while in that torturous position, defenseless and closed fist
struck me in the Right Eye and responded, "that's for fucking spitting
up on my officer(s)." Causing whole Right Eye to be Bloodclotted for
weeks. After Lt. Hamilton left, Spencer Bowman appeared into the room
where I asked for Medical attention and was denied because of allegations

"pg. 3  "Additional Supporting Facts"

Claim 2 (cont.)- of being high. Defendant Bowman then roughly yanked my arm while still cuffed and took my vitals purposelly inflicting pain, torturing me and taunting me, as I screamed and made faces. While my 8th Amendment was being violated, while in medical, both officer(s) scott and newman watched and never attempted to stop Lt. Ham- -ilton or Spencer Bowman from violating my Rights making them complicit in the matter. I was interviewed by S.i.S Lt. Davis on 12-20-21 pictures were also taken. Medical Staff ashley also documented my injuries.

Claim 3- Threatning/Retaliation (1st Amendment Vio.) While housed @ MSP LEE on 12-19-2021 @ on about 5:30pm- 7:45pm, I Davon Martin, the Plantiff and David thomas entered the Chow Hall Cafeteria for Mainline (Dinner). Upon entering, I observed Lt. Hamilton standing at the end of the line, where we recieve own trays, observing the line looking for someone specifically. As I grabbed my tray, Lt. Hamilton was staring at me, mumb- -led something, waiting until I walked past, observed where I was seated and walked out of the Chow Area into the Corridor. officer Dickenson was working the Corridor Metal Detector by himself at the time, I observed Lt. Hamilton walk back to the Chow hall exit with officer Dickenson, point at me and instructed officer Dickenson, "to get me on the way out and take me to the Lt.(s) officer. As me and inmate David thomas was exiting the Chow Hall about to clear the metal detector officer Dickenson gave me an

Pg. 4   "Addition Supporting Facts"

Claim 3 (cont.) order to, "step out the line and follow him." I then asked "where was I being taken? and what did I do wrong?" Officer Dickerson then responded, "you know what you did, he (Lt. Hamilton) just wanna have a talk with you. I then complied without incident and was escorted to the Lt. office, where I was then locked in an Holding Cell. While still awaiting this "talk" from Lt. Hamilton several officer(s) entered the Lt. office and made threatening comments to me such as, "if I got a problem with one of them, then I have a problem with all of them" and "you fucked up bad, Boy". Lt. Hamilton then entered the Lt. office with several other unknown staff and went into the Lt. lounge area. I was then instructed by officer Kelly to leave my shoes off and follow him into the Lt. lounge area and sit down. Lt. Hamilton and two other Lt. (s) were present. I then asked, "what had I done? Lt. Hamilton responded, "why the fuck do I have his name in my paperwork"? Refering to the Prison Grievance System (BP-8) that I wrote involving Lt. Hamilton, at that time, Operations Lt. which was my 1st amendment Right to excercise. Lt. Hamilton responded that, "if I didn't drop his name out my claim, he was going to smoke my Black ass and have me taken to the SHU". I then agreed to drop my claim because I feared for my safety and security and knew Lt. Hamilton would act-on his threats because of past incidents through experience and observation. I was then told by Lt. Hamilton to, "get the fuck out and go back to my unit (D-tier) but remember what he said. The very next day 12-20-21 I filed a Sensitive BP-9 and gave it to the Warden Streeval, told him to review Pelco cctv footage to corroborate my

Pg.⁵ "Additional Supporting Facts"

Claim 3 (cont.) Claim. Warden Streeval responded via Email that, "my BP-8 and BP-9 allegations are being looked at."

Claim 4. False imprisonment / Wrongful Confinement (14th Amendment Vio. Due Process Clause) On 11-17-2021 while housed @ USP LEE, I was given an incident Report for a 112-use of Drugs/alcohol by officer Rondal White and authorized by Lt. Hamilton. I was not given a U/A, Bloodtest or Breathalyzer to support those false allegations violating my Due process. officer Rondal White clearly states in the Incident Report that, "when he arrived at my cell (404) after the duress button was pushed, he saw me laying on my back seizing and vom- -iting". I was then taken to The SHU @ on about 6:30pm and still not giving Medical attention for My Medical Emergency because I was accused of being "High". I was served the incident Report on 11-18-21 by Lt. Vinzant and went for my Disciplinary Hearing on 11-24-21 in front of Hearing officer Mrs. Size- -more and the incident was expunged from my Record because officer Rondal White clearly states in the incident Report that, "I had a seizure" and also there wasn't a U/A, Bloodtest or Breathalyzer administered to support the allegations of the officer(s) and Staff (Medical).

Daven Martin 57903037
Po Box 7000
United States Penitentiary Florence (High)
Florence, Co 81226

\* Legal
mail

DENVER CO  802

1 MAR 2023  PM 3  L



Clerk of the Court
U.S. District Court of Western
District of Virginia (Roanoke)
210 Franklin Rd. Suite 540
Roanoke, VA 24011

24011-220840